UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:06-cr-26
HON. R. ALLAN EDGAR

Manuel Rodriguez-Perez,

_____/

**ORDER APPROVING AND ADOPTING**
**REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objections have been filed thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and recommendation of the Magistrate filed 10/12/06 #9, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Manuel Rodriguez-Perez's plea of guilty to knowingly possessing a Social Security card knowing it to have been procured by means of a false claim or statement, and knowingly possessing a Texas Certification of birth knowing it to have been unlawfully obtained. is accepted.  Defendant Manuel Rodriguez-Perez is adjudicated guilty.

3. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Pre-sentence Investigation Report.  See U.S.S.G. Ch. 6.

SO ORDERED.

Dated: 11/8/06

                                                  */s/ R. Allan Edgar*
                                                  R. ALLAN EDGAR
                                                  UNITED STATES DISTRICT JUDGE